ARMED SERVICES BOARD OF CONTRACT APPEALS

| | |
|---|---|
| Appeal of -- | ) |
| | ) |
| Fluor Corporation | )     ASBCA No. 57852 |
| | ) |
| Under Contract No. W52P1J-07-D-0008 | ) |

APPEARANCE FOR THE APPELLANT:     Karen L. Manos, Esq.
      Gibson, Dunn & Crutcher LLP
      Washington, DC

APPEARANCES FOR THE GOVERNMENT:     E. Michael Chiaparas, Esq.
      DCMA Chief Trial Attorney
     Robert L. Duecaster, Esq.
      Trial Attorney
      Defense Contract Management Agency
      Manassas, VA

ORDER OF DISMISSAL

The captioned appeal has been settled. Accordingly, it is hereby dismissed with prejudice.

Dated: 4 April 2014

ROBERT T. PEACOCK
Administrative Judge
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Order of Dismissal of the Armed Services Board of Contract Appeals in ASBCA No. 57852, Appeal of Fluor Corporation, rendered in conformance with the Board's Charter.

Dated:

JEFFREY D. GARDIN
Recorder, Armed Services
Board of Contract Appeals